## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

GENERAL CASUALTY COMPANY )
OF WISCONSIN, )
 )
   Plaintiff, )
 ) Case No.  3:24-cv-01097-JPG
   v. )
 )
REDBIRD PRIDE ENTERPRISES, )
INC. d/b/a LA FIESTA MEXICAN )
RESTAURANT, JOSE JULIO )
PACHECO-VALTIERRA, and )
JESSICA SHEPARD, as Next Friend of )
JANE DOE, a Minor, )

   Defendants.

## JUDGMENT IN A CIVIL CASE

The Court having received a Notice of Dismissal;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**DATED:  July 15, 2024**

      MONICA A. STUMP, Clerk of Court

      By: *s/Tina Gray,*
        Deputy Clerk

**APPROVED:**  *s/J. Phil Gilbert*
     J. PHIL GILBERT
     U.S. DISTRICT JUDGE